# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  NJ Affordable Homes Corp.
Debtor

                                        Case No.: 05−60442−DHS
                                        Chapter 7

Charles M. Forman
Plaintiff

v.

Olga Diamond
Defendant

Adv. Proc. No. 06−02745−DHS                           Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 19, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 52 − 44
Opinion (related document:[44] Motion to Dismiss Adversary Proceeding filed by Defendant Carol Scott).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 7/18/2007 (zlh, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 19, 2007
JJW: zlh

                                                                                           James J. Waldron
                                                                                           Clerk